IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DIANA S. JURGENS and MEGHAN SCHROCK, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:22-cv-01524-MG-CSW |
| HENDRICKS REGIONAL HEALTH, | ) ) ) | |
| Defendant. | ) | |

*JOINT MOTION FOR ORDER CONDITIONALLY CERTIFYING FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION, BOTH FOR SETTLEMENT PURPOSES ONLY, PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT, AND SETTLEMENT NOTICES AND SETTING SCHEDULE*

Plaintiffs Diana S. Jurgens and Meghan Schrock (collectively, "Plaintiffs") assert claims which relate to the payment of wages to employees of Defendant Hendricks Regional Health ("Defendant," the "Company," or "Hospital") from August 1, 2020 to December 9, 2022. Specifically, the putative class includes non-exempt, hourly-paid persons employed by Defendant between August 1, 2020 and December 9, 2022 who may be owed additional wages for time spent changing into and out of Hospital provided scrubs.

In this Joint Motion, the Parties request that the Court give preliminary approval of the settlement class pursuant to FED. R. CIV. P. 23 (for settlement purposes only); approval and certification of a collective action class (for settlement purposes) seeking overtime under the Fair Labor Standards Act ("FLSA"); approval of the proposed Notice of Class Action Settlement and Hearing and proposed Notice of FLSA Collective Action Settlement (the "Proposed Notices"); a

1

schedule setting a hearing on final approval of the settlement; and dismissing as moot the pending Motion for Conditional Certification and Court-Supervised Notice to Potential Opt-In Plaintiffs (ECF No. 25).

Consistent with the same, the parties request that this Court enter the proposed Order attached as Exhibit 5 to the Settlement Agreement (the agreement is Exhibit A to this Joint Motion) and provide a date for the final fairness hearing. The grounds for this motion are more fully discussed in the accompanying Memorandum in Support.

Dated: September 15, 2023
Respectfully submitted,

/s/ *Robert P. Kondras, Jr.*
Robert P. Kondras, Jr.
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691 Phone
(812) 234-2881 Facsimile
kondras@hkmlawfirm.com
ATTORNEYS FOR PLAINTIFFS


/s/ *Jonathon A. Rabin*
Jonathon A. Rabin (MI Bar No. P57145)
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
101 W. Big Beaver Rd., Suite 745
Troy, MI 48084
(248) 740-7505
(248) 740-7501 - fax
jrabin@hallrender.com

Dana E. Stutzman
Claire E. Bailey
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 N. Meridian St., Suite 400
Indianapolis, IN 46204-1293
(317) 633-4884 Phone
Email:  dstutzman@HallRender.com
        CBailey@hallrender.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 15, 2023, he electronically filed the foregoing document and its attachment(s) using the ECF system, which will give notice of such filing to counsel of record.

        /s/ *Jonathon A. Rabin*
        Jonathon A. Rabin (MI Bar No. P57145)
        101 W. Big Beaver Rd., Suite 745
        Troy, MI 48084
        (248) 740-7505
        (248) 740-7501 - fax
        jrabin@hallrender.com

4879-4419-6478v3