UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANA S. JURGENS individually and on behalf of others similarly situated, <br> MEGHAN SCHROCK individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HENDRICKS REGIONAL HEALTH, <br><br> Defendant. | No. 1:22-cv-01524-MG-SEB |

## ORDER OF DISMISSAL

The Court has provided Final Approval of the Parties' Settlement Agreement. It is hereby **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without fees, costs, or disbursements to any party, except as provided in the Settlement Agreement as to Plaintiffs' counsel fees and costs.

Date: 2/2/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**